# Exhibit A-10

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------x
:
DIRECT ENERGY BUSINESS : Index No.: 653977/2021
MARKETING, LLC, :
:
Plaintiff, : **AFFIRMATION OF SERVICE BY**
: **EMAIL**
-against- :
:
ECTOR COUNTY ENERGY CENTER :
LLC, and INVENERGY LLC, :
:
Defendants. :
---------------------------------------------------------x

       Erica C. Martin, an attorney duly admitted to practice law before the courts of the State of New York, affirms the following to be true and correct under penalty of perjury:

    1.     I am not a party to this action;

    2.     I am over the age of eighteen (18) years; and

    3.     I am employed at: Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022;

    4.     On July 7, 2021, at 3:59 PM, I served copies of the Summons and Verified Complaint upon Ector County Energy Center LLC by email service to their counsel, Mimi Dennis (mdennis@crowell.com) and Starling Marshall (SMarshall@crowell.com) of Crowell & Moring LLP of Crowell & Moring LLP, in accordance with the parties' agreement concerning electronic Service of Process dated, June 28, 2021.

Dated: July 7, 2021
       New York, New York

                                 By:  */s/ Erica C. Martin*
                                       Erica C. Martin
                                       Shearman & Sterling LLP