UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT ENERGY BUSINESS MARKETING, LLC,<br><br>                   Plaintiff,<br><br>  -against-<br><br>ECTOR COUNTY ENERGY CENTER LLC,<br>INVENERGY LLC and INVENERGY THERMAL<br>OPERATING I LLC,<br><br>                   Defendants. | Case No. 1:22-cv-03366-JPC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Christopher Kercher of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears on behalf of Plaintiff Direct Energy Business Marketing, LLC. I hereby certify that I am admitted to practice in the Southern District of New York.

| | |
|---|---|
| Dated:   New York, NY<br>              May 3, 2022 | QUINN EMANUEL URQUHART<br>    & SULLIVAN, LLP<br><br>By :  */s/ Christopher Kercher*<br>      Benjamin I. Finestone<br>      51 Madison Ave., 22nd Floor<br>      New York, NY 10010<br>      Tel: (212) 849-7000<br>      Fax: (212) 849-7100<br>      christopherkercher@quinnemanuel.com<br><br>      *Attorneys for Plaintiff Direct Energy*<br>      *Business Marketing, LLC* |