UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECT ENERGY BUSINESS MARKETING, LLC, <br><br> Plaintiff <br><br> -against- <br><br> ECTOR COUNTY ENERGY CENTER LLC, INVENERGY LLC, and INVENERGY THERMAL OPERATING I LLC, <br><br> Defendants. | Case No. 1:22-CV-3366-JPC |

## <u>NOTICE OF FILING IN RESPONSE TO THE COURT'S MAY 9, 2022 ORDER</u>

**PLEASE TAKE NOTICE THAT** defendants Invenergy LLC and Invenergy Thermal Operating I LLC, through undersigned counsel, hereby submit Exhibit A, attached hereto in response to the Court's May 9, 2020 Order directing Invenergy LLC and Invenergy Thermal to re-file their motion to dismiss the Amended Complaint that was previously filed in the Supreme Court of the State of New York, County of New York, Commercial Division ("State Court") (ECF No. 16). Defendant Ector County Energy Center LLC is also submitting its motion to dismiss the Amended Complaint, attached hereto as Exhibit B, that was previously filed in State Court. Exhibits A and B are described below.

<u>Exhibit A-1</u>: Defendants Invenergy LLC and Invenergy Thermal Operating I LLC's Notice of Motion to Dismiss Amended Complaint by (NYSCEF No. 90).[1]

<u>Exhibit A-2</u>: Defendants Invenergy LLC and Invenergy Thermal Operating I LLC's Memorandum of Law in Support of Motion to Dismiss Amended Complaint (NYSCEF No. 91).

---

[1]   "NYSCEF No." refers to the State Court docket number.

-1-

Exhibit A-3:     Affidavit of James Rafferty in Support of Defendants Invenergy LLC and Invenergy Thermal Operating I LLC's Motion to Dismiss Amended Complaint (NYSCEF No. 92).

Exhibit A-4:     Affirmation of Sarah M. Gilbert in Support of Defendants Invenergy LLC and Invenergy Thermal Operating I LLC's Motion to Dismiss Amended Complaint ("Gilbert Affirmation") (NYSCEF No. 93).

Exhibit A-5:     Exhibit 1 to Gilbert Affirmation (NYSCEF No. 94).

Exhibit B-1:     Defendant Ector County Energy Center LLC's Notice of Motion to Dismiss the Amended Complaint's First, Fourth and Fifth Causes of Action (NYSCEF No. 95)

Exhibit B-2:     Memorandum of Law in Support of Defendant Ector County Energy Center LLC's Motion to Dismiss the Amended Complaint's First, Fourth and Fifth Causes of Action (NYSCEF No. 96).

Exhibit B-3:     Affirmation of Gary A. Stahl in Support of Defendant Ector County Energy Center LLC's Motion to Dismiss the Amended Complaint's First, Fourth and Fifth Causes of Action ("Stahl Affirmation") (NYSCEF No. 97).

Exhibit B-4:     Exhibit 1 to Stahl Affirmation (NYSCEF No. 98).

Exhibit B-5:     Exhibit 2 to Stahl Affirmation (NYSCEF No. 99).

Exhibit B-6:     Exhibit 3 to Stahl Affirmation (NYSCEF No. 100).

Exhibit B-7:     Exhibit 4 to Stahl Affirmation (NYSCEF No. 101).

Exhibit B-8:     Exhibit 5 to Stahl Affirmation (NYSCEF No. 102).

Exhibit B-9:     Exhibit 6 to Stahl Affirmation (NYSCEF No. 103).

Exhibit B-10:    Exhibit 7 to Stahl Affirmation (NYSCEF No. 104).

Exhibit B-11:    Exhibit 8 to Stahl Affirmation (NYSCEF No. 105).

Exhibit B-12:    Exhibit 9 to Stahl Affirmation (NYSCEF No. 106).

Exhibit B-13:    Exhibit 10 to Stahl Affirmation (NYSCEF No. 107).

Exhibit B-14:    Exhibit 11 to Stahl Affirmation (NYSCEF No. 108).

Exhibit B-15:    Exhibit 12 to Stahl Affirmation (NYSCEF No. 109).

Exhibit B-16:    Exhibit 13 to Stahl Affirmation (NYSCEF No. 110).

Dated: May 12, 2022

Respectfully submitted,

CROWELL & MORING LLP

By: /s/ *Ellen M. Halstead*
    S. Starling Marshall
    Gregory Plotko
    Gary A. Stahl
    Ellen M. Halstead

    590 Madison Avenue
    New York, NY 10022
    Telephone: (212) 223-4000
    Facsimile: (212) 223-4134
    Email: smarshall@crowell.com
        gplotko@crowell.com
        gstahl@crowell.com
        ehalstead@crowell.com

*Attorneys for Defendant Ector County Energy Center LLC*

-and-

CROWELL & MORING LLP

By: /s/ *Sarah M. Gilbert*
    Sarah M. Gilbert

    590 Madison Avenue
    New York, NY 10022
    Telephone: (212) 223-4000
    Facsimile: (212) 223-4134
    Email: sgilbert@crowell.com

*Attorney for Defendants Invenergy LLC and Invenergy Thermal Operating I LLC*