**EXHIBIT A-5**

FILED: NEW YORK COUNTY CLERK 04/14/2022 04:56 PM
NYSCEF DOC. NO. 125

FILED FOR RECORD
Cause No.: A-21-05-0581-CV
RECEIVED NYSCEF: 04/14/2022
Ector County, Texas
08/25/2021 3:39:00 PM
Clarissa Webster
District Clerk
By Deputy: Espinoza, DiAnn

CAUSE NO. A-21-05-0581-CV

| | | |
|---|---|---|
| ECTOR COUNTY ENERGY CENTER LLC, | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| v. | § § | ECTOR COUNTY, TEXAS |
| DIRECT ENERGY BUSINESS MARKETING, LLC, | § § § § | |
| Defendant. | § | 70TH JUDICIAL DISTRICT |

## ORDER OF DISMISSAL

On this day, the Court considered the Motion to Dismiss Based on Mandatory Forum-Selection Clause (the "Motion") filed by Defendant Direct Energy Business Marketing, LLC.

Upon consideration of the parties' pleadings, including the exhibits attached thereto, and the arguments of counsel, the Court is of the opinion that Defendant's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's causes of action are dismissed with prejudice to re-filing in Texas and without prejudice to re-filing in New York. Costs are taxed against the party incurring same.

Signed this _____ day of _____, 2021.

8/25/2021 2:36:09 PM

_____
JUDGE PRESIDING

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Adame on behalf of David Whittlesey
Bar No. 791920
amanda.adame@shearman.com
Envelope ID: 56645951
Status as of 8/25/2021 1:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Blue Hyatt | | bhyatt@lcalawfirm.com | 8/25/2021 1:30:17 PM | SENT |
| Jan McDaniel | | jmcdaniel@lcalawfirm.com | 8/25/2021 1:30:17 PM | SENT |
| Daniel Harper | 24074363 | dharper@shaferfirm.com | 8/25/2021 1:30:17 PM | SENT |
| Marcy Carr | | mcarr@lcalawfirm.com | 8/25/2021 1:30:17 PM | SENT |
| Jacob Fields | 24115134 | jacob.fields@shearman.com | 8/25/2021 1:30:17 PM | SENT |
| Larry Eisenstat | | leisenstat@crowell.com | 8/25/2021 1:30:17 PM | SENT |
| Scott Winkelman | | swinkelman@crowell.com | 8/25/2021 1:30:17 PM | SENT |
| Marie SDennis | | mdennis@crowell.com | 8/25/2021 1:30:17 PM | SENT |
| Eryn Howington | | ehowington@crowell.com | 8/25/2021 1:30:17 PM | SENT |
| David PWhittlesey | | david.whittlesey@shearman.com | 8/25/2021 1:30:17 PM | SENT |
| Daniel Laguardia | | daniel.laguardia@shearman.com | 8/25/2021 1:30:17 PM | SENT |
| Jolene Rangel | | jrangel@shaferfirm.com | 8/25/2021 1:30:17 PM | ERROR |