IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIRECT ENERGY BUSINESS MARKETING, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 22-749 (MN) ) |
| ECTOR COUNTY ENERGY CENTER LLC, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 21st day of June 2022:

WHEREAS, on May 31, 2022, upon "[t]he parties' request that the Court grant Defendants' motion to transfer this action pursuant to 28 U.S.C. §§ 1404(a) and 1412 to the United States District Court for the District of Delaware for automatic referral to the United States Bankruptcy Court for the District of Delaware" (D.I. 21 at 1), the Honorable John P. Cronan of the United States District Court for the Southern District of New York, issued an Order (D.I. 22) transferring this action to this District for referral to the Bankruptcy Court; and

WHEREAS, pursuant to the Amended Standing Order of Reference Re: Title 11 dated February 29, 2012 "any or all cases under Title 11 and any or all proceedings arising under Title 11 or arising in or related to a case under Title 11 are referred to the bankruptcy judges for this district."

THEREFORE, IT IS HEREBY ORDERED that this case is REFERRED to the United States Bankruptcy Court for the District of Delaware. The Clerk is directed to CLOSE C.A. No. 22-749 (MN).

The Honorable Maryellen Noreika
United States District Judge